**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-6663**

———————————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

     v.

ARNOLD CHARLES CABARRIS,

                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:98-cr-00271-REP-1)

———————————

Submitted: July 19, 2012          Decided: July 26, 2012

———————————

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Arnold Charles Cabarris, Appellant Pro Se. Norval George Metcalf, Assistant United States Attorney, Richmond, Virginia; Michael Cornell Wallace, NORTH CAROLINA CENTRAL UNIVERSITY SCHOOL OF LAW, Durham, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arnold Charles Cabarris appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Cabarris, No. 3:98-cr-00271-REP-1 (E.D. Va. Mar. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED